UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ENVIRATRENDS, INC. and RUSSELL F. : <br> HARABURDA, : <br> : <br> Defendants. : <br> : | 8:15-CV-01903-JDW-TGW |

## ORDER APPOINTING DISTRIBUTION AGENT AND APPROVING PROPOSED DISTRIBUTION PLAN

The Court, having reviewed the Securities and Exchange Commission's Motion to Appoint a Distribution Agent and Approve the Proposed Plan of Distribution, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion to Appoint Distribution Agent and Approve the Proposed Plan of Distribution is **GRANTED.**

2. Nancy Chase Burton is appointed as Distribution Agent.

3. The EnviraTrends Distribution Fund will be distributed in accordance with the Distribution Plan approved by this Court.

4. The Distribution Agent shall perform such functions as are necessary to implement and administer the approved Distribution Plan, pursuant to which monies in the Distribution Fund, minus tax obligations and fees and expenses of the Tax Administrator, shall be distributed to Eligible Recipients as defined in the Distribution Plan.

5.  The Distribution Agent shall be deemed to be acting within the scope of her employment with the Commission in administering this EnviraTrends Distribution Fund. In carrying out her duties, the Distribution Agent may be assisted by other Commission staff acting under her supervision.

6.  The Distribution Agent shall receive no compensation for the services performed in administering the Distribution Fund, other than her regular salary as an employee of the Commission.

7.  The Distribution Agent shall coordinate with the Court-appointed Tax Administrator, Damasco & Associates LLP, to ensure that the EnviraTrends Distribution Fund, a Qualified Settlement Fund ("QSF") under Section 468B(g) of the Internal Revenue Code, and related regulations pertaining to QSFs, 26 C.F.R. §§ 1.468B-1 through 5, complies with all related legal and regulatory requirements imposed on distributions from the EnviraTrends Distribution Fund.

8.  The Distribution Agent may be removed *sua sponte* at any time by the Court or upon motion of the Commission and replaced with a successor.

9.  The Distribution Agent and her designees, agents and assistants are not required to post a bond, and shall not be liable to any person for their actions hereunder, except on a finding of willful disregard of duty.

10. The Distribution Agent will submit a final report describing the distribution made to the Court prior to seeking termination of the EnviraTrends Distribution Fund and discharge of the Distribution Agent. In the unlikely event that a check is not cashed, those funds will be transferred to the U.S. Treasury.

Dated: September 25, 2016

United States District Judge

2